1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KEITH MARTELL PETTY,              )   NO. CV 11-02686 JAK (SS)
                                       )
12                  Petitioner,        )   **ORDER ADOPTING FINDINGS,**
                                       )
13             v.                      )   **CONCLUSIONS, AND RECOMMENDATIONS OF**
                                       )
14   FRANCISCO QUINTANA, Warden,       )   **UNITED STATES MAGISTRATE JUDGE**
                                       )
15                  Respondent.        )
                                       )
16   _____ )

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records herein, and the Amended Report and Recommendation of

20   the United States Magistrate Judge.  The time for filing Objections to

21   the Amended Report and Recommendation has passed and no Objections have

22   been received.  Accordingly, the Court accepts and adopts the findings,

23   conclusions and recommendations of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1  **IT IS ORDERED** that Judgment shall be entered dismissing this action

2  without prejudice.

3

4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5  the Judgment herein on Petitioner.

6

7  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9  DATED: July 1, 2011

10  _____

11  JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28