UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MARTELL PETTY,<br><br>          Petitioner,<br><br>    v.<br><br>FRANCISCO QUINTANA, Warden,<br><br>          Respondent. | NO. CV 11-02686 JAK (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 1, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE